REAL GRANITE INC.
ESTIMATED BUDGET
YEAR 2022

| | JAN 2022 | FEB 2022 | MAR 2022 | APR 2022 | MAY 2022 | JUN 2022 | JUL 2022 | AUG 2022 | SEPT 2022 | OCT 2022 | NOV 2022 | DEC 2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **REVENUE** | | | | | | | | | | | | |
| Actual Project Billings | $800,000 | $736,141 | $418,927 | $192,707 | $105,453 | $187,629 | $201,412 | $111,996 | $29,863 | $29,863 | $0 | $0 |
| Estimated Commercial Billings | | | $200,000 | $405,000 | $465,000 | $400,000 | $375,000 | $460,000 | $550,000 | $550,000 | $575,000 | $575,000 |
| Estimated Granite Billing | $125,000 | $125,000 | $125,000 | $125,000 | $150,000 | $150,000 | $150,000 | $150,000 | $150,000 | $150,000 | $150,000 | $150,000 |
| **Total Revenue** | $925,000 | $861,141 | $743,927 | $722,707 | $720,453 | $737,629 | $726,412 | $721,996 | $729,863 | $729,863 | $725,000 | $725,000 |
| **COST OF GOODS** | | | | | | | | | | | | |
| Material | $416,250 | $387,513 | $334,767 | $325,218 | $324,204 | $331,933 | $326,885 | $324,898 | $328,438 | $328,438 | $326,250 | $326,250 |
| Labor | $277,500 | $258,342 | $223,178 | $216,812 | $216,136 | $221,289 | $217,924 | $216,599 | $218,959 | $218,959 | $217,500 | $217,500 |
| **Gross Profit** | $231,250 | $215,285 | $185,982 | $180,677 | $180,113 | $184,407 | $181,603 | $180,499 | $182,466 | $182,466 | $181,250 | $181,250 |
| **ADMINISTRATIVE** | | | | | | | | | | | | |
| Salaries | $118,567 | $118,567 | $118,567 | $118,567 | $118,567 | $118,567 | $118,567 | $118,567 | $118,567 | $118,567 | $118,567 | $118,567 |
| Occupancy Expenses | $30,435 | $30,435 | $30,435 | $30,435 | $30,435 | $30,435 | $30,435 | $30,435 | $30,435 | $30,435 | $30,435 | $30,435 |
| Office Expenses | $7,502 | $7,502 | $7,502 | $7,502 | $7,502 | $7,502 | $7,502 | $7,502 | $7,502 | $7,502 | $7,502 | $7,502 |
| Professional Fees | $10,000 | $10,000 | $10,000 | $7,500 | $7,500 | $7,500 | $7,500 | $7,500 | $7,500 | $7,500 | $7,500 | $7,500 |
| Miscellaneous | $1,200 | $1,200 | $1,200 | $1,200 | $1,200 | $1,200 | $1,200 | $1,200 | $1,200 | $1,200 | $1,200 | $1,200 |
| **Frost Loan Payment:** | | | | | | | | | | | | |
| Principle | $8,132 | $8,132 | $8,132 | $8,132 | $8,132 | $8,132 | $8,132 | $8,132 | $8,132 | $8,132 | $8,132 | $8,132 |
| Interest | $6,587 | $6,587 | $6,587 | $6,587 | $6,587 | $6,587 | $6,587 | $6,587 | $6,587 | $6,587 | $6,587 | $6,587 |
| **Net Profit** | $48,827 | $32,862 | $3,559 | $754 | $190 | $4,484 | $1,680 | $576 | $2,542 | $2,543 | $1,327 | $1,327 |

**REAL GRANITE INC.**
**ESTIMATED BUDGET**
**YEAR 2022**

| Salaries | | Occupancy Expenses | | Office Expenses | | Interest Expenses | |
|---|---|---|---|---|---|---|---|
| Copeland, Robert Lee | $15,000 | Rent | | Phone | 1,968.30 | Loan #9001 | 4,800.00 |
| Deckert, Kyla | $5,417 | Dallas | 5,908.00 | Office Expenses | 3,296.37 | Loan #9005 | 1,787.00 |
| Edwards, Cindy | $5,000 | San Antonio | 13,840.42 | Bank Service Charg | 643.98 | | |
| Grome, Jackie | $3,750 | Electricity | 2,975.63 | Other | 1,593.18 | | |
| Hernandez, Daniel | $6,667 | Water | 844.25 | Admin Travel | 0.00 | | |
| Martinez, Roland | $8,333 | Garbage | 648.35 | | | | |
| Martinez, Ryan | $8,333 | Janitorial | 915.00 | | | | |
| Mitchel, Kyle | $7,917 | Repair & Maint | 2,594.28 | | | | |
| Ornelaz, Joseph A | $7,917 | Property Taxes | 1,447.16 | | | | |
| Rodriguez, Michael | $8,333 | Amort Leasehold | 363.59 | | | | |
| Sanchez, David | $7,083 | Property Insurance | 898.75 | | | | |
| Soria, Shea | $8,333 | | | | | | |
| Zamora, Roberto | $8,333 | | | | | | |
| | | | | | | | |
| PR - FICA | $7,076 | | | | | | |
| PR - FUTA | $504 | | | | | | |
| PR - TWC | $4,320 | | | | | | |
| Medical Premium | $6,250 | | | | | | |
| | | | | | | | |
| **Total Admin Salaries** | **$118,567** | | **30,435.43** | | **7,501.83** | | **6,587.00** |